Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 12-CV-5670-ODW (JCx) |
| Plaintiff, | ORDER RE STIPULATED PERMANENT INJUNCTION |
| v. | |
| SPRINGFIELD TECHNOLOGY INC., a California corporation; and YANYAN WU, an individual, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that Defendants Springfield Technology Inc. and Yanyan Wu

("Defendants"), along with any directors, principals, officers, agents, servants,

employees, representatives, successors and assigns, and all those persons or entities

acting in concert or participation with Defendants, shall be and hereby are

PERMANENTLY ENJOINED and restrained from:

1         (a)    imitating, copying, or making any other infringing use or

2   infringing distribution of software programs, components, end user license

3   agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by

4   Microsoft's registered trademarks and service mark, including, but not limited to,

5   the following Trademark and/or Service Mark Registration Numbers:

6         (1)    1,200,236 ("MICROSOFT");

7         (2)    1,256,083 ("MICROSOFT");

8         (3)    1,872,264 ("WINDOWS");

9         (4)    2,744,843 (COLORED FLAG DESIGN);

10  or the software programs, components, EULAs, COAs, items or things protected by

11  the following Certificate of Copyright Registration Numbers:

12        (1)    TX 5-407-055 ("Windows XP Professional");

13  or any other works now or hereafter protected by any of Microsoft's trademarks or

14  copyrights;

15        (b)    manufacturing, assembling, producing, distributing, offering for

16  distribution, circulating, selling, offering for sale, advertising, importing,

17  promoting, or displaying any software program, component, EULA, COA, item or

18  thing bearing any unauthorized simulation, reproduction, counterfeit, copy, or

19  colorable imitation of any of Microsoft's registered trademarks or service mark,

20  including, but not limited to, the Trademark and Service Mark Registration Nos.

21  listed in Paragraph (a) above;

22        (c)    using any simulation, reproduction, counterfeit, copy, or

23  colorable imitation of Microsoft's registered trademarks or service mark including,

24  but not limited to, the Trademark and Service Mark Registration Nos. listed in

25  Paragraph (a) above, in connection with the manufacture, distribution, offering for

26  distribution, sale, offering for sale, advertisement, promotion, or display of any

27  software, component, EULA, COA, item or thing not authorized or licensed by

28  Microsoft;

1         (d)    using any false designation of origin or false description which

2   can or is likely to lead the trade or public or individuals erroneously to believe that

3   any software, component, EULA, COA, item, or thing has been manufactured,

4   produced, distributed, offered for distribution, advertised, promoted, displayed,

5   licensed, sponsored, approved, or authorized by or for Microsoft, when such is not

6   true in fact;

7         (e)    using the names, logos, or other variations thereof any of

8   Microsoft's copyright and/or trademark-protected software programs in any of

9   Defendants' trade or corporate names;

10        (f)    engaging in any other activity constituting an illegal distribution

11  of any Microsoft software, component, EULA, COA, item, or thing and/or

12  constituting an infringement of any of Microsoft's trademarks, service mark and/or

13  copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks,

14  service mark, and/or copyrights, or constituting any dilution of Microsoft's name,

15  reputation, or goodwill; and

16        (g)    assisting, aiding, or abetting any other person or business entity

17  in engaging in or performing any of the activities referred to in paragraphs (a)

18  through (f) above.

19       **IT IS SO ORDERED.**

20

21  Dated:  January 9, 2013     _____

22           HON. OTIS D. WRIGHT II
             United States District Court Judge

23

24

25

26

27

28